UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRYANT CLARKE                                    JURY TRIAL DEMANDED

v.                                               CASE NO.  3:15CV

GLOBAL CREDIT & COLLECTION CORP.

## COMPLAINT

1.  This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2.  This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331 and §1367.

3.  Plaintiff is a natural person and a citizen of Connecticut.

4.  The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.  The defendant uses the mails in regular efforts to collect personal accounts from consumers on behalf of third parties.

6.  On October 30, 2014, defendant sent a letter to plaintiff seeking to collect his personal Fingerhut credit card that had been purchased by a debt buyer.

7.  Plaintiff's account number was visible on the face of the envelope.

8.  Defendant's collection efforts violated 15 U.S.C. §1692f(8). <u>Douglass v. Convergent Outsourcing</u>, 765 F.3d 299 (3d Cir. 2014).

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff $1,000 statutory damages under the FDCPA.

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

   3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner\_\_\_
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net